UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter TUNNELL, | ) Case No.: 2:14-cv-01334-AC |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT |
| Carolyn W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a ~~60-day~~ extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel is a sole practitioner and has other matters with approaching deadlines. The transcript in this proceeding is lengthy. Plaintiff's counsel needs additional time to review the transcript and to write the Motion.

2. Plaintiff's counsel has emailed Armand Roth, Esq., defendant's counsel. He has indicated that he is agreeable to a ~~60 day~~ extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on February 09, 2015, Defendant's reply brief on March 11, 2015 and Plaintiff's optional response brief on March 25, 2015.

Respectfully submitted,

Dated: December 10, 2014

/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: December 10, 2014

/s/ Armand Roth
Armand Roth
Special Assistant United States Attorney
Attorney for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 11, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE