UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter TUNNELL, | ) Case No.: 2:14-cv-01334-AC |
| Plaintiff, | ) SECOND STIPULATION TO EXTEND |
| vs. | ) DUE DATE OF PLAINTIFF'S BRIEF IN ) SUPPORT OF HIS MOTION FOR |
| Carolyn W. COLVIN, Acting | ) SUMMARY JUDGMENT; AND ORDER ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 8-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel has been actively working on the Motion for Summary Judgment. Unfortunately her legal assistant recently gave notice that she is leaving her job and counsel is having to spend time on administrative

tasks as well as interviewing potential applicants for a job.  Counsel has been unable to complete the brief.

2. Plaintiff's counsel has emailed Armand Roth, Esq., defendant's counsel. He has indicated that he is agreeable to an 8 day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on February 17, 2015, Defendant's reply brief on March 19, 2015 and Plaintiff's optional response brief on April 9, 2015.

Respectfully submitted,

Dated:  February 9, 2015        /s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff


Dated:  February 9, 2015        /s/ Armand Roth
Armand Roth
Special Assistant United States Attorney
Attorney for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATE:  February 10, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE