Geri N. Kahn, Esq., SBN 148536
465 California Street, Suite 465
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956
Email:  geri@gerinkahn.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter TUNNELL, | Case No.: 2:14-cv-01334-AC |
| Plaintiff, | STIPULATION TO EXTEND DUE DATE OF PLAINTIFF'S RESPONSE TO |
| vs. | DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO |
| Carolyn W. COLVIN, Acting | FED. R. CIV. P. 59(e) [~~PROPOSED~~ ORDER] |
| Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Plaintiff's counsel to file a response brief to the government's motion, in light of the following:

1.   Plaintiff's counsel is a sole practitioner and has other matters with approaching deadlines.  Although counsel was aware that the motion was going to be filed, she has not had the time due to other matters to finish her response.

2.      Plaintiff's counsel has emailed Armand Roth, Esq., defendant's counsel.
He has indicated that he is agreeable to a 14 day extension of time for
counsel to prepare her response.

3.      Should the request be granted, Plaintiff's response will be due on
November 10, 2015

Respectfully submitted,

Dated:  October 27, 2015                    /s/ Geri N. Kahn_____
                                            Geri N. Kahn
                                            Attorney for Plaintiff


Dated:  October 27, 2015                    /s/ Armand Roth_____
                                            Armand Roth
                                            Special Assistant United States Attorney
                                            Attorney for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:   October_30, 2015

_____
Allison Claire
United States Magistrate Judge